IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DELENE GLANTZ, both individually and as the Administratrix of the ESTATE OF ELLIOT K. GLANTZ,**<br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>**MONTGOMERY COUNTY,**<br>**MAJOR SEAN SMITH,**<br>**CORRECTIONAL OFFICER TONY SHADE,**<br>**CORRECTIONAL OFFICER RILEY SINNER,**<br>**CORRECTIONAL OFFICER JOSEPH BELLISSIMO,**<br>**CORRECTIONAL OFFICER J. SUBRAMANI,**<br>**CORRECTIONAL OFFICERS JOHN/JANE DOES (1-10),**<br>**PRIMECARE MEDICAL, INC.,**<br>**MARISA FRIEDMAN, PSY.D.,**<br>**EMILY SCORDELLIS, PSY.D., and**<br>**MEDICAL PROVIDERS JOHN/JANE DOES (1-10),**<br>　　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO.  22-3868 |

**O R D E R**

　　　　**AND NOW**, this 17th day of July, 2024, upon consideration of Defendants Montgomery County, Major Sean Smith, Correctional Officer Tony Shade, Correctional Officer Riley Sinner, Correctional Officer Joseph Bellissimo, and Correctional Officer J. Subramani's (collectively, the "County Defendants") Motion to Dismiss (ECF No. 10); Defendant PrimeCare Medical, Inc. ("PrimeCare"), Marisa Friedman, Psy.D., and Emily Scordellis, Psy.D.'s (collectively, the "Medical Defendants") Partial Motion to Dismiss (ECF No. 11); the responses thereto (ECF Nos. 12–14); and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED** as follows:

1. The County Defendant's Motion to Dismiss (ECF No. 10) is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. The motion to dismiss claims against Defendants Major Smith and Bellissimo is **GRANTED**. Count I against Defendants Major Smith and Bellissimo is **DISMISSED WITHOUT PREJUDICE**.

    b. The motion to dismiss claims against Defendants Shade, Sinner, and Subramani is **DENIED**.

    c. The motion to dismiss claims against Defendant Montgomery County is **GRANTED**. Counts I and II against Defendant Montgomery County are **DISMISSED WITHOUT PREJUDICE**.

    d. The motion to strike Plaintiff's request for punitive damages against the County is **GRANTED**.

2. The Medical Defendant's Partial Motion to Dismiss (ECF No. 11) is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. The motion to dismiss claims against Defendant Dr. Scordellis is **GRANTED**. Count I against Defendant Dr. Scordellis is **DISMISSED WITHOUT PREJUDICE**.

    b. The motion to dismiss claims against Defendant Dr. Friedman is **DENIED**.

    c. The motion to dismiss claims against Defendant PrimeCare is **DENIED**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge

_____
HODGE, KELLEY B., J.